UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:13-CR-77 |
| | ) | |
| STEPHEN ALLEN | ) | |

**O R D E R**

On September 10, 2013, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count Three of

the Five-Count Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in

Count Three of the Five-Count Indictment; and (c) Defendant shall remain on bond pending

sentencing in this matter (Doc. 18).   Neither party filed an objection within the given fourteen

days.   After reviewing the record, the Court agrees with the magistrate judge's report and

recommendation.   Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count Three of the Five-Count Indictment is

**ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Three of the

Five-Count Indictment; and

(3) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Monday,**

**January 6, 2014, at 9:00 am.**

**SO ORDERED.**

**ENTER:**

_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE